UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
OCT 23 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                                                INDICTMENT NO. 6:25-CR-088-REW

**JEFFERY HAMPTON**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about June 14, 2023, in Perry County, in the Eastern District of Kentucky,

**JEFFERY HAMPTON,**

aided and abetted by another, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about June 21, 2023, in Perry County, in the Eastern District of Kentucky,

**JEFFERY HAMPTON**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about July 12, 2023, in Perry County, in the Eastern District of Kentucky,

**JEFFERY HAMPTON**

did knowingly and intentionally distribute controlled substances, including a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and acetylfentanyl, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about July 20, 2023, in Perry County, in the Eastern District of Kentucky,

**JEFFERY HAMPTON**

did knowingly and intentionally distribute controlled substances, including a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about October 24, 2023, in Perry County, in the Eastern District of Kentucky,

**JEFFERY HAMPTON**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of

a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **JEFFERY HAMPTON** committed the offense charged in this count, **JEFFERY HAMPTON** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846, conspiracy to distribute five grams or more of cocaine base, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

**A TRUE BILL**

---
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

**Counts 1-4:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **If Prior Drug Felony Conviction:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**Count 5:** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

> **If Prior Serious Drug Felony Conviction or Serious Violent Felony:** Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.